## CRIMINAL CASE INFORMATION SHEET

Pittsburgh √    Erie _____    Johnstown _____

Related to No.   19-11 & 19-26    Judge    Cercone
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. √ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name:    Barbara Miller

Is Indictment waived:    √ Yes    ____ No

Pretrial Diversion:    ____ Yes    √ No

Juvenile proceeding:    ____ Yes    √ No

Defendant is:    ____ Male    √ Female

Superseding Indictment or Information    ____ Yes    √ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred:    Westmoreland County

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody    √ is not in custody

Name of Institution: _____

Custody is on: ____ this charge    ____ another charge

____ another conviction

____ State    ____ Federal

Detainer filed: ____ yes    √ no

Date detainer filed: _____

Total defendants: 1

Total counts: 1

Data below applies to defendant No.: 1

Defendant's name: Barbara Miller

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | √ | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____

_____
MARY McKEEN HOUGHTON
Assistant U.S. Attorney
PA ID No. 31929